UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND GILLEN, | 2:14-cv-2042-LDG-PAL |
| Plaintiff, | ORDER |
| v. | |
| KIMBERLY WANKER, et al., | |
| Defendant. | |

The magistrate judge has filed a report recommending that plaintiff Gillen's complaint be dismissed with prejudice and that the clerk of court close the case (#6). Plaintiff filed no objections. The magistrate judge's findings and conclusions are correct, therefore,

THE COURT HEREBY ADOPTS the report and recommendation (#6). Plaintiff's complaint is DISMISSED with prejudice, and the clerk of court is DIRECTED to close the case.

DATED this 11 day of October, 2016.

_____
Lloyd D. George
United States District Judge